# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA vs.                          CR ___ 95-1000 ___

Defendant's Name __JOHN V. AIKENS__                   Social Security No._____

& Residence    c/o    Ellen M. Barry                  Mailing Address___Same___
Address            Ellen M. Barry Law Offices
                   316 W. 2nd St., Suite 1202
                   Los Angeles, CA 90012

## JUDGMENT AND PROBATION/COMMITMENT ORDER
## NUNC PRO TUNC TO JANUARY 9, 1996

                                                              MONTH   DAY    YEAR
In the presence of the attorney for the government, the defendant appeared in person on this date.
                                                              JANUARY   9,   1996

COUNSEL: ____ WITHOUT COUNSEL    However, the Court advised defendant of right to counsel and asked whether defendant desired to have counsel appointed by the Court and the defendant thereupon waived assistance of counsel.

         _X_ WITH COUNSEL        ___Ellen M. Barry (Panel)___
                                      (Name of Counsel)

PLEA:    _X_ GUILTY, and the Court being satisfied that there is a factual basis for the plea. ___ NOLO CONTENDERE
                                                                                               ___ NOT GUILTY

FINDING: There being a finding/verdict of _X_ GUILTY, defendant has been convicted as charged of the offense(s) of:

29 U.S.C. 439(b): Ommission of a Material Fact in a Labor Report.

JUDGMENT          The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient
AND PROB./        cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and
COMMITMENT        convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the
ORDER:            defendant John V. Aikens, is hereby placed on probation on Count 1 of the single count Information
for a term of 3 years under the following terms and conditions: (1) The defendant shall comply with the rules and
regulations of the U.S. Probation Office and General Order 318; (2) The defendant shall not be employed in any
capacity wherein he has the custody, control & management of his employer's funds.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out and attached to this judgment be imposed. The Court may change the conditions of supervision., reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

Signed By:     _X_ U.S. Magistrate Judge _____
                                          JAMES W. McMAHON

It is ordered that the Clerk deliver a certified copy                    SHERRI R. CARTER, CLERK
of this Judgment and Probation/Commitment Order
to the U.S. Marshal or other qualified officer.

           Dated/Filed ___January 24 2002___           By: ___A. Flores___
                                                            Deputy Clerk

# STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this Judgment:

1. The defendant shall not commit another Federal, state or local crime;

2. The defendant shall not leave the judicial district without the written permission of the court or probation officer;

3. The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

4. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

5. The defendant shall support his or her dependents and meet other family responsibilities;

6. The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

7. The defendant shall notify the probation officer within 72 hours of any change in residence or employment;

8. The defendant shall refrain from excessive use of alcohol and shall not purchase, posses, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

9. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;

10. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

11. The defendant shall permit a probation officer to visit him or her ant any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

12. The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

13. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

14. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make notifications and to conform the defendant's compliance with such notification requirement;

15. The defendant shall not possess a firearm or other dangerous weapon;

16. The defendant shall, upon release from any period of custody, report to the probation officer within 72 hours.

The conditions are in addition to any other conditions imposed by this Judgment.

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____, the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

UNITED STATES MARSHAL

DATED: _____ BY: _____

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT

DATED: _____ BY: _____

AO-245-B (01/90)     JUDGMENT AND PROBATION/COMMITMENT ORDER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA                Docket No. CR - __95-1000__

vs.

__JOHN V. AIKENS__                      Date: __January 9, 1996__

## JUDGMENT AND PROBATION/COMMITMENT ORDER

**Continued from Page 1**

Pursuant to Section 5E1.2(f) of the Guidelines, all fines are waived including the cost of imprisonment or supervision as it is found that the defendant does not have the ability to pay

It Is Further Ordered that the defendant shall pay to the United States a special assessment of $25.00.

If Is Further Ordered the government's motion to dismiss the on count complaint under case No. 95-1825M, is granted.

Bond is exonerated.

Signed By: __X__ U.S. Magistrate Judge

JAMES W. McMAHON

SHERRI R. CARTER, CLERK

Dated/Filed __January 24, 2002__

By: __A. Flores__
Deputy Clerk

# STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this Judgment:

1. The defendant shall not commit another Federal, state or local crime;

2. The defendant shall not leave the judicial district without the written permission of the court or probation officer;

3. The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

4. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

5. The defendant shall support his or her dependents and meet other family responsibilities;

6. The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

7. The defendant shall notify the probation officer within 72 hours of any change in residence or employment;

8. The defendant shall refrain from excessive use of alcohol and shall not purchase, posses, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

9. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;

10. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

11. The defendant shall permit a probation officer to visit him or her ant any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

12. The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

13. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

14. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make notifications and to conform the defendant's compliance with such notification requirement;

15. The defendant shall not possess a firearm or other dangerous weapon;

16. The defendant shall, upon release from any period of custody, report to the probation officer within 72 hours.

The conditions are in addition to any other conditions imposed by this Judgment.

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted appeal on _____ .

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____, the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

UNITED STATES MARSHAL

DATED: _____ BY: _____

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT

DATED: _____ BY: _____

AO-245-B (01/90)     JUDGMENT AND PROBATION/COMMITMENT ORDER